IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAINE, | No. C16-02565 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VICKIE DUTTON, ET AL., | |
| Defendants. | |

The Court, having dismissed the case, enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 24, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE